No. 1148.  MURPHY ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. On petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit.  April 30, 1945.  Dismissed per stipulation of counsel.  *Mr. Sidney M. Ehrman* for petitioners.

No. 1259.  DROSTE, EXECUTRIX, *v.* HARRY ATLAS SONS, INC. ET AL.  June 4, 1945.  On petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit.  Dismissed on motion of counsel for the petitioner.  *Mr. Otto C. Sommerich* for petitioner.

No. —.  EX PARTE WILLIAM M. LEE.  April 30, 1945. 323 U. S. 669.

No. 379.  COLORADO INTERSTATE GAS CO. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 380.  CANADIAN RIVER GAS CO. *v.* FEDERAL POWER COMMISSION ET AL.  April 30, 1945.  324 U. S. 581.

No. 809.  McCoy *v.* PESCOR, WARDEN.  April 30, 1945. 324 U. S. 868.